**Patrick Bernard BELL, Plaintiff–Appellant,**

v.

**ESTRADA, Officer, Defendant– Appellee.**

No. 05–17439.

United States Court of Appeals, Ninth Circuit.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Submitted Nov. 6, 2006.*

Filed Nov. 13, 2006.

Patrick Bernard Bell, San Quentin, CA, pro se.

Kandis A. Westmore, Esq., Office of the City Attorney, Oakland, CA, for Defendant–Appellee.

Before: LEAVY, GOULD and CLIFTON, Circuit Judges.

MEMORANDUM **

Patrick Bernard Bell appeals pro se from the district court's summary judgment in favor of Oakland police officers in his 42 U.S.C. § 1983 action alleging he was unlawfully arrested in violation of the Fourth Amendment. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo, *Beene v. Terhune*, 380 F.3d 1149, 1150 (9th Cir.2004), and we affirm.

The district court properly granted summary judgment to the officers because Bell failed to raise a genuine issue of material fact as to whether the officers had a reasonable suspicion that Bell violated his parole. *See United States v. Stokes*, 292 F.3d 964, 967 (9th Cir.2002).

Bell's contention that the officers' failure to note in their reports that they recognized him is unpersuasive.

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

